Amtrust North America
800 Superior Avenue E,
Cleveland OH 44114

Aetna Life Insurance Company - ACH
Werner Higueros or Gloria Varnadore
P.O. Box 44129,
Jacksonville, FL 32231-0000

Proskauer
Howard Z. Robbins
2049 Century Park E # 3200,
Los Angeles, CA 90067

Melvin Mark Brokerage Company
Tim Parker
111 SW Columbia, Suite 1380,
Portland, OR 97201

FNL/Hawthorne Partners LLC
433 N Camden Dr Ste 820,
Beverly Hills, CA 90210

El Segundo/Yukon Partners, LLC
433 N. CAMDEN DRIVE, STE. 820,
BEVERLY HILLS CA 90210

Kelly Services, Inc.
Kathleen Pruss
999 W. Big Beaver Rd.,
Troy MI 48084

Insperity
Alan Riggs
1251 Avenue of the Americas #2300,
New York, NY 10020

Richardson Kontogouris Emerson LLP
Jaclyn Stansbury
2942 Columbia Street,
Torrance, CA 90503

NetSuite-ACH
Ronald Halili
8 W 40th St,
New York, NY 10018

ARM-Capacity of New York, LLC
90 Broad St #1503,
New York, NY 10004

16th Group, LLC
THOMAS R RASK
16715 GRAEF CIR,
LAKE OSWEGO, OR, 97035

Board of Equalization
3321 Power Inn Rd., Ste. 210,
Sacramento, CA 95826-3889

Fastenal
Josh Spieller
190 West St,
Brooklyn, NY 11222

S & F Supplies
93 Emerson Place,
P.O. Box 050071,
Brooklyn, NY 11205

Department of the Treasury
United States Treasury, IRS,
Ogden UT 84201-0039

R.I.P. Construction Consultants Inc
217 Centre Street, 5th Floor,
New York, NY 10013

California Board of Equalization
3321 Power Inn Rd., Ste. 210,
Sacramento, CA 95826-3889

LinkedIn Corporation - ACH
2029 Stierlin Ct,
Mountain View, CA 94043

T-Mobile
Zachary Carden
PO Box 790047
St. Louis, MO 63179-0047

Teamwork Labor Services, Inc.

Heather Grant
23 Norfolk Ave Suite B
South Easton, MA 02375

Tulnoy Lumber
Jennifer Vargas
1620 Webster Ave
Bronx, NY 10457

Liberty Industrial
Jeffrey Schwartz
600 Smith St,
Brooklyn, NY 11231

W.B. Mason Co., Inc.
Sara Mendonca
59 Centre St
Brockton, MA 02301

Color-X, Inc.
Erika Guerrero
866 Ave of the Americas,
New York, NY 10001

Republic Services
Celina Miramontes
12949 Telegraph Road,
Santa Fe Springs, CA 90670-404949

Steeldeck N.Y. Inc.
Emma Hills
141 Banker Street
Brooklyn NY 11222

IBE Digital
Samantha Christiansen
12921 166th St,
Cerritos, CA 90703

Salem Truck Leasing, Inc. - ACH
Frank Fantauzzi
9505 Avenue D,
Brooklyn, NY 11236

Service By Air
Karen Pepp

P Box 7777
Old Bethpage, NY 11804-0060

Eastern Luxury
222 15th St, Brooklyn, NY 11215

Staples Advantage
Natalie Swanson
300 Arbor Lake Drive
Columbia, SC 29223

Quench
Annette Vecchiolli
P.O. Box 781393,
Philadelphia, PA 19178-1393

Prudigm Engineering, PLLC
32 Broadway-Suite 1512,
New York, NY 10004

Duggal Visual Solutions
Mark Tolman
29 W 23rd St,
New York, NY 10010

Mutual Hardware - ACH
Juanita Mencia
3627 Vernon Blvd,
Long Island City, NY 11106

Real Coffee Roasters
Wayne
129 9th Street,
Brooklyn, NY 11215

Foley & Lardner LLP
Irwin P. Raij
90 Park Ave,
New York, NY 10016

Ameritas Life Insurance
P.O. Box 385017
Birmingham, AL 35238-5017

E & T Plastics
Pete LeSchack

45-45 37th St,
Long Island City, NY 11101

OPNW
12600 SW 68th Ave,
 Portland, OR 97223

Heritage-Crystal Clean, LLC
Daisy Villagomez
199 Canal Rd,
Fairless Hills, PA 19030

Simplex Fire Extinguisher
Dave Rocco
1621 McDonald Ave
Brooklyn, NY 11230

Safety-Klenn Systems, Inc.
Tracy Kearney
60 Seabro Avenue,
North Amityville, NY 11701

Abbot Paint
Hiam Boiangiu, Owner
238 Eagle St,
Brooklyn, NY 11222

Time Warner Cable
Rafael Chancey
PO Box 77169
Charlotte, NC 28271-7169

Oregon Department of Revenue
Clem - Revenue Agent
955 Center St NE,
Salem, OR 97301-2555

FedEx
Vanessa Miller
3610 Hacks Cross Rd,
Memphis, TN 38125

Airgas USA, LLC
895 Zerega Ave.,
Bronx, NY  10473

Backupify, Inc. - ACH
101 Merritt 7 ,
Norwalk, CT 06851

Ben Sak Inc.
David Ahdout
307 W 38th St #2,
New York, NY 10018

De Lage Landen Financial Services, Inc.
Dana Sotomayor
1111 Old Eagle School Road,
Wayne, PA 19087

Legacy Designated Services 2
3104 Wilkinson Avenue, 3F,
Bronx NY 10461

Municipal Building Consultants, Inc.
233 Broadway,
New York, NY 10007

A & D Iron Works
Phil Dellegrazia, Owner
305 24th St,
Brooklyn, NY 11232

Key Material Handling Equipment
4606 3rd Ave,
Brooklyn, NY 11220

ABC Fire Extinguisher Inc.
Jim Adkisson, Owner
3201 SE 50th Ave,
Portland, OR 97206

Konica Minolta
Deborah Gleeson
Dept. AT 952823,
Atlanta, GA 31192-2823

Cintas First Aid & Safety
Deon Collins
609 Cantiague Rock Rd,
Westbury, NY 11590

PMT Forklift Corporation
Mark
148-14 Liberty Ave,
Jamaica, NY 11435

Uline
Alisha Glaspie
PO Box 88741
Chicago, IL 60680-1741

Zee Medical Inc
Deon Collins
P.O. Box 204683
Dallas, TX 75320

Janovic Paint & Decorating Centers
Cheryl Deloughery
215 7th Ave,
NY NY 10011

A.C. Grinding
Michael Colozzo
2304 Bath Ave,
Brooklyn, NY 11214

AMRC/The Cable Building
Alma Perez
450 7th Ave - Suite 402,
New York, NY 10123

Dykes Lumber
Donna Loscalzo
167 6th St,
NYC NY 10009

LADWP
P.O. Box 30808,
Los Angeles, CA 90030-0808

The Toll Roads Violation Dept.
PO Box 57011
Irvine, CA 92619-7011

Grainger Industrial Supply
Yvonne K.
150 Varick St.,

New York, NY 10013-1218

Anderson Plywood
John Arenson
4020 Sepulveda Blvd,
Culver City, CA 90230

Podio
Julie Laursen
7414 Hollister Avenue,
Goleta, CA 93117

Multi Construction Company - ACH
contact@multiconstructionco.com
1636 43rd Street,
Brooklyn NY 11204

Ryder
P.O. Box 96723,
Chicago, IL, 60693-6723

Total # of creditors

GTT Communications Inc. fka UNSi
Alex Garrett
PO Box 150421,
Hartford, CT 06115-0421

Arcadia Manufacturing Group
Michael Werner
80 Cohoes Ave,
Green Island, NY 12183

Wageworks
Relationship Team 1
1100 Park Place 4th FL
San Mateo, CA 94403

Zeroblue Technologies
Agnes Riley
4 Beacon Way,
Jersey City, NJ 07304

LogMeIn
Michael Freitas
320 Summer Street,

Boston, MA 02210

Adobe
321 Park Ave,
San Jose, CA 95113

Webfones
Scott Keith
608 Robin Rd,
Lakeland, FL 33803

Time Warner Cable
One Time Warner Center,
New York, NY 10019-8016

Adobe Creative Cloud
Adobe Systems Incorporated, 345 Park Avenue,
San Jose, CA 95110-2704

Spotify
45 W. 18th Street, 7th Floor,
New York NY 10011

Smartsheet
10500 NE 8th St, Suite 1300,
Bellevue, WA 98004-4357 USA

Ringcentral
999 Baker Way,
San Mateo, CA 94404

ADT Security
3190 S Vaughn Way,
Aurora, CO 80014

Dropbox
185 Berry St. Ste. 400
San Francisco, CA 94107.

Advertising Age Subscription
1155 Gratiot Avenue,
Detroit, MI 48207-2912.

Boomerang for Gmail
196 Castro St Suite A,
Mountain View, CA 94041

Microsoft Office 365
One Microsoft Way,
Redmond, WA 98052-6399

Business Owners Council
520 White Plains Road
Tarrytown, NY 10591


Intuit Quickbooks
2700 Coast Ave.
Mountain View, CA 94043

CBI Parallels
110 110th Ave NE, #410,
Bellevue, WA 98004, USA

Code 42 Software Inc
2755 Campus Dr. #220,
San Mateo, CA 94403

Hootsuite Media Inc.
111 East 5th Avenue,
Vancouver, BC, Canada V5T 1R6

D&D Carting
107 8th St,
Brooklyn, NY 11215

Heroku
Heroku, Inc.,
650 7th Street,
San Francisco, CA 94103


GoDaddy.com
14455 N Hayden Rd Ste 226,
Scottsdale, AZ 85260


DocuSign
Matthew Kearney
41 Madison Avenue, 31st Floor
New York, NY 10010

DreamHost
DreamHost, PMB #257, 417 Associated Road,
Brea, CA 92821

Dropbox
floor 5, 33 W 19th St,
New York, NY 10011

National Grid
718-643-4050
300 Erie Boulevard West,
Syracuse, NY 13202-4250

Con Edison
(212) 243-1900
4 Irving Place
New York, NY 10003

Jive Communications
Heidi Harris
1275 West 1600 North - Suite 100,
Orem, UT 84057

Windstream
P.O. Box 3177,
Cedar Rapids, IA 52406-3177

Integra Telecom
Kristi Martilla
18110 SE 34th Street - Building One - Suite 100,
Vancouver, WA 98683

Wells Fargo / Carr Business Solutions
Derek Hoch
130 Spagnoll Road,
Melville, NY 11747